Lynch, J

4395-002

Richard L. Furman (RF 0250)
DEORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA

      Plaintiff,

  -against-

THE MASON AND DIXON INTERMODAL
(MDII); UNIVERSAL TRUCKLOAD SERVICES,
INC.; COMPANIA SUD AMERICANA DE
VAPORES S.A.; CSAV AGENCY, LLC

      Defendants.
------------------------------------------------------------X

Case No.: 07 Civ. 10353 (GEL)

STIPULATION EXTENDING
TIME TO ANSWER OR MOVE

  IT IS HEREBY stipulated and agreed by and between the undersigned, counsel for all the parties herein, that the time within which the defendants may move or answer in response to the complaint served upon them by the plaintiff is extended to and including the 15th day of February, 2008.

Dated: January 15, 2008
   New York, New York

DAVID L. MAZAROLI (DM 3929)
Attorney for Plaintiff

By: _David L. Mazaroli_
  11 Park Place, Suite 1214
  New York, New York 10007-2801
  (212) 267-8480

DEORCHIS & PARTNERS, LLP
Attorneys for Defendants

By: _____
  Richard L. Furman (RF 0250)
  61 Broadway, Suite 2600
  New York, New York 10006
  (212) 344-4700
  Our File: 4395-002

SO ORDERED:

_____
USDJ  1/16/08

W:\4395-002\Legal\Stip Extending Time 011508.rlf.doc RF