4395-002

Richard L. Furman (RF 0250)
DEORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA

                                                        Case No.:  07 Civ. 10353 (GEL)

                    Plaintiff,

              -against-

THE MASON AND DIXON INTERMODAL            RULE 7.1 STATEMENT
(MDII); UNIVERSAL TRUCKLOAD SERVICES,
INC.; COMPANIA SUD AMERICANA DE
VAPORES S.A.; CSAV AGENCY, LLC

                    Defendants.
----------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for The Mason and Dixon Intermodal (MDII), (private non-

governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of

said party which are publicly held:

                    UNIVERSAL TRUCKLOAD SERVICES, INC.

Dated:  New York, New York
        February 12, 2008

                                DEORCHIS & PARTNERS, LLP
                                Attorneys for Defendants
                                THE MASON AND DIXON INTERMODAL (MDII)

                                By:_____
                                    RICHARD L. FURMAN (RF 0250)
                                    61 Broadway, 26th Floor
                                    New York, New York 10006
                                    (212) 344-4700
                                    Our Ref. No.:  4395-002

W:\4395-002\Legal\Rule 7.1 Statement Mason And Dixon Intermodal 021208.Rlf.Doc 2/12/08--npo