4395-002

Richard L. Furman (RF 0250)
DEORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA

                            Plaintiff,

           -against-

THE MASON AND DIXON INTERMODAL
(MDII); UNIVERSAL TRUCKLOAD SERVICES,
INC.; COMPANIA SUD AMERICANA DE
VAPORES S.A.; CSAV AGENCY, LLC

                         Defendants.
-----------------------------------------------------------X

Case No.: 07 Civ. 10353 (GEL)

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Universal Truckload Services, Inc., private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
         February 12, 2008

                                      DEORCHIS & PARTNERS, LLP
                                      Attorneys for Defendants
                                      UNIVERSAL TRUCKLOAD SERVICES, INC.

                                      By: _____
                                      RICHARD L. FURMAN (RF 0250)
                                      61 Broadway, 26th Floor
                                      New York, New York 10006
                                      (212) 344-4700
                                      Our Ref. No.: 4395-002