David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

-------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA

        Plaintiff,

  - against -

THE MASON AND DIXON INTERMODAL
(MDII); UNIVERSAL TRUCKLOAD
SERVICES, INC.; COMPANIA SUD
AMERICANA DE VAPORES S.A.; CSAV
AGENCY, LLC;

        Defendants.
-------------------------------------------------x

07 Civ. 10353 (GEL)

**STIPULATION & ORDER
OF DISCONTINUANCE**

    A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

    It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
       May ___, 2008
       June 2

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07 Cv. 10353 (GEL)
Stipulation & Order
of Discontinuance
Page 2

                                      LAW OFFICES
                                      DAVID L. MAZAROLI

                                      David L. Mazaroli (DM-3920)
                                      Attorney for Plaintiff
                                      11 Park Place - Suite 1214
                                      New York, New York 10007
                                      Tel. (212)267-8480
                                      Fax (212)732-7352
                                      E-mail: dlm@mazarolilaw.com
                                      File No. 76-1579

DeOrchis & Partners, LLP
Attorneys for Defendant

By: _____
Richard L. Furman (RF-0250)
61 Broadway, Suite 2600
New York, New York 10006-2701
Tel. (212)344-4700